466 A.2d 705

Kashetta, Appellant v. Kashetta.

Reargument Denied Oct. 25, 1983.

Petition for Allowance of Appeal
Denied June 12, 1984.

Submitted March 1, 1983.   Andrew A. Kashetta, appellant, in propria persona;  John Brooks Randle, for appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

The order of the lower court is affirmed.